**John IRWIN, Respondent,**

v.

**IMPERIAL AUTO AUCTION, INC., et al., Appellants.**

**No. 50489.**

Missouri Court of Appeals,
Eastern District,
Division Five.

April 22, 1986.

Benson Cytron, House Springs, for appellants.

Gregory Luzecky, St. Louis, for respondent.

### ORDER

PER CURIAM:

Direct appeal from jury verdict awarding payment pursuant to the terms of an oral contract of employment.

Judgment affirmed. Rule 84.16(b).